NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARVIN L. HAGGINS, a/k/a          )
MARVIN LAVAN HAGGINS,             )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No.  2D17-2349
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____  )

Opinion filed March 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser, Judge.

Marvin L. Haggins, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.